THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BARBARA STROUGO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALNETWORKS, INC., *et al.*,<br><br>Defendants. | CASE NO. C24-0297-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion and proposed order (Dkt. No. 12). Finding good cause, the Court GRANTS the motion and ENTERS the stipulation as requested.

DATED this 29th day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0297-JCC
PAGE - 1