UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA STROUGO, | CASE NO. C24-0297-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| REALNETWORKS INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received a notice in response to the Court's standing order regarding 28 U.S.C. § 455(b)(2) and Canon 3(C)(1)(b) of the Code of Conduct for United States Judges. *See* Dkt. Nos. 42, 43. After reviewing the notice, the Court finds no basis for voluntary recusal and intends to continue presiding over this matter unless any party objects to the Court's participation. Any such objection shall be submitted via email (**NOT FILED ON THE DOCKET**) to the Court's chief deputy clerk at Eric_Smits@wawd.uscourts.gov, no later than 5 p.m. on September 5, 2024.

Dated this 4th day of September, 2024.

Ravi Subramanian
Clerk

*/s/ Serge Bodnarchuk*
Deputy Clerk

MINUTE ORDER - 1