HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA STROUGO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALNETWORKS, INC., ROBERT GLASER, BRUCE A. JAFFE, CHRIS JONES, DAWN G. LEPORE, ERIK PRUSCH, MICHAEL B. SLADE, and TIM WAN,<br><br>Defendants. | NO. 2:24-cv-00297-KKE<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING** |

This stipulation is entered into by and between Lead Plaintiff Richard Brender ("Lead Plaintiff") and defendants RealNetworks, Inc., Robert Glaser, Bruce Jaffe, Chris Jones, Dawn Lepore, Erik Prusch, Michael Slade, and Tim Wan (collectively, "Defendants"), by and through their undersigned counsel.

WHEREAS, on March 4, 2024, former named plaintiff, Barbara Strougo, filed this action against Defendants, asserting claims under Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 14a-9 promulgated thereunder;

WHEREAS, on May 3, 2024, Lead Plaintiff filed a motion for appointment as lead plaintiff and approval of lead counsel;

WHEREAS, on October 31, 2024, the Court entered an order appointing Lead Plaintiff as lead plaintiff and his chosen counsel co-lead counsel in this Action;

WHEREAS, in its April 29, 2024 scheduling order (Dkt. 13), the Court gave the parties 14 days from entry of its lead plaintiff order to confer and jointly submit for the Court's approval a proposed schedule for the filing of an amended class action complaint, along with a proposed briefing schedule for Defendants' anticipated motion to dismiss;

WHEREAS, Lead Plaintiff and Defendants have conferred regarding the next steps in the Action and agreed on the following schedule;

**NOW THEREFORE**, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Lead Plaintiff shall file his Class Action Complaint by December 31, 2024;

2. Defendants shall file an answer, motion to dismiss, or response thereto by February 14, 2025;

3. If Defendants file a motion to dismiss as their response, Lead Plaintiff shall file any opposition thereto by March 31, 2025; and

4. Defendants shall file any reply to Lead Plaintiff's opposition by May 14, 2025.

DATED: November 14, 2024

OF COUNSEL

MONTEVERDE & ASSOCIATES PC
Juan E. Monteverde (*pro hac vice*)
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
jmonteverde@monteverdelaw.com

Respectfully Submitted,

**BRESKIN JOHNSON TOWNSEND, PLLC**

 *s/ Roger M. Townsend*
Roger M. Townsend, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Email: rtownsend@bjtlegal.com

*Counsel for Lead Plaintiff*

KAHN SWICK & FOTI LLC
Michael J. Palestina
1100 Poydras Street, Suite 960
New Orleans, LA 70163
T: (504) 455-1400
F: (504) 455-1498
michael.palestina@ksfcounsel.com

*Counsel for Lead Plaintiff*

BRYAN CAVE LEIGHTON PAISNER LLP

*s/ Shane P. Cramer*
Randall T. Thomsen, WSBA #25310
Shane P. Cramer, WSBA #35099
Caleb T. Mathena, WSBA #57001
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: randall.thomsen@bclplaw.com
Email: shane.cramer@bclplaw.com
Email: caleb.mathena@bclplaw.com

*Counsel for Defendants*

**ORDER**

The Court GRANTS the parties' stipulated motion. Dkt. No. 47. The Court ORDERS:

1. Lead Plaintiff shall file an amended Class Action Complaint by December 31, 2024;

2. Defendants shall file an answer, motion to dismiss, or response thereto by February 14, 2025;

3. If Defendants file a motion to dismiss as their response, Lead Plaintiff shall file any opposition thereto by March 31, 2025; and

4. Defendants shall file any reply to Lead Plaintiff's opposition by May 14, 2025.

Dated: November 15, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge