UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA STROUGO, | CASE NO. C24-0297-KKE |
| Plaintiff(s), | ORDER GRANTING UNOPPOSED MOTION TO SEAL |
| v. | |
| REALNETWORKS INC., et al., | |
| Defendant(s). | |

Lead Plaintiff Richard Brender filed an amended class action complaint provisionally under seal, which references Defendant RealNetworks, Inc.'s business information designated confidential via an agreement of the parties. *See* Dkt. No. 55 at 4–13, Dkt. No. 56. Brender simultaneously filed a motion to seal, which Defendants support. Dkt. Nos. 54, 58. Brender also filed a redacted version of the amended complaint on the public docket. Dkt. No. 57. The earlier version of the complaint referenced the same confidential material that is in the amended complaint, and the Court previously granted a motion to seal that version of the complaint. *See* Dkt. No. 6. Because the motion to seal complies with W.D. Wash. Local Civil Rule 5(g), the Court will grant it.

The Court may seal judicial records when a party provides a compelling reason to keep information out of the public view. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Defendants have met this burden by showing that the material referenced in the

ORDER GRANTING UNOPPOSED MOTION TO SEAL - 1

amended complaint is confidential, and that there is no less restrictive alternative to maintaining that information under seal. The Court finds that the need to protect that information outweighs the public right of access to court records, particularly because the Court's review of the redacted version of the amended complaint on the public docket indicates that the motion to seal is appropriately tailored.

The motion to seal (Dkt. No. 54) is therefore GRANTED. The unredacted version of the amended complaint (Dkt. No. 56) shall be maintained under seal.

Dated this 11th day of February, 2025.

Kymberly K. Evanson
United States District Judge