HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA STROUGO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALNETWORKS, INC., ROBERT GLASER, BRUCE A. JAFFE, CHRIS JONES, DAWN G. LEPORE, ERIC PRUSCH, MICHAEL B. SLADE, and TIM WAN,<br><br>Defendants. | NO. 2:24-cv-00297-KKE<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL DEFENDANTS' MOTION TO DISMISS |

Defendant RealNetworks, Inc. filed a motion to seal the motion to dismiss filed by all Defendants. Dkt. No. 61. A redacted version of the motion to dismiss is on the docket. Dkt. No. 63. Defendant's motion to seal requests that the unredacted version of the motion to dismiss be maintained under seal because it references business information designated as confidential via an agreement of the parties, information the Court has previously found should be sealed. *See* Dkt. No. 60. Plaintiffs do not oppose the motion to seal. Dkt. No. 61.

Finding compelling reasons to keep confidential business information out of the public view, the Court GRANTS Defendant's unopposed motion to seal. Dkt. No. 61. The unredacted

ORDER GRANTING DEFENDANT'S MOTION TO SEAL
DEFENDANTS' MOTION TO DISMISS - 1
(Case No. 2:24-cv-00297-KKE)

1  version of the motion to dismiss (Dkt. No. 62) shall be maintained under seal.

2  DATED: March 21, 2025.

Kymberly K. Evanson
United States District Judge