HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA STROUGO, individually and on behalf of all others similarly situated, | NO. 2:24-cv-00297-KKE |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTIONS TO SEAL |
| v. | |
| REALNETWORKS, INC., ROBERT GLASER, BRUCE A. JAFFE, CHRIS JONES, DAWN G. LEPORE, ERIC PRUSCH, MICHAEL B. SLADE, and TIM WAN, | |
| Defendants. | |

Defendants filed a motion to dismiss, and the Court previously granted a motion to seal that motion because it references business information designated as confidential via an agreement of the parties, information the Court has previously found should be sealed. *See* Dkt. No. 65. Lead Plaintiff has now filed an unopposed motion to seal his opposition brief, and Defendants filed an unopposed motion to seal their reply brief. Dkt. Nos. 66, 70, 71.

As the Court previously explained with respect to the motion to dismiss itself, the Court finds compelling reasons to keep confidential business information referenced in the parties' briefing out of public view. The Court therefore GRANTS the unopposed motions to seal. Dkt. Nos. 66, 71.

ORDER - 1

The unredacted versions of the opposition brief and the reply brief (Dkt. Nos. 67, 72) shall be maintained under seal.

Dated this 30th day of May, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 2