UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA STROUGO, | CASE NO. C24-0297-KKE |
| Plaintiff(s), | ORDER GRANTING UNOPPOSED |
| v. | MOTION TO SEAL THE ORDER ON |
| | DEFENDANTS' MOTION TO DISMISS |
| REALNETWORKS INC., et al., | |
| Defendant(s). | |

Acknowledging that Defendants' motion to dismiss had been filed under seal, the Court filed the order denying that motion under seal and directed the parties to confer regarding appropriate redactions to the order. Dkt. No. 79. Defendant RealNetworks, Inc., has filed a motion requesting that the unredacted order remain under seal and proposing redactions for a publicly available version. Dkt. No. 82. Plaintiff does not oppose the motion.

Defendant's proposed redactions track the Court's previous orders finding compelling reasons to maintain the confidentiality of certain business information, and that those compelling reasons outweigh the public interest in accessing this information. *See* Dkt. Nos. 60, 65, 73. For these reasons, and because Plaintiff does not oppose the motion, the Court GRANTS Defendant's motion to seal. Dkt. No. 82. The unredacted version of the order (Dkt. No. 79) shall remain under seal, and the Court will place a public version with the redactions requested by Defendant on the docket.

ORDER GRANTING UNOPPOSED MOTION TO SEAL THE ORDER ON DEFENDANTS' MOTION TO DISMISS - 1

Defendants shall file an answer to Plaintiff's complaint no later than February 13, 2026.

Dated this 28th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO SEAL THE ORDER ON DEFENDANTS' MOTION TO DISMISS - 2