UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BARBARA STROUGO, | CASE NO. C24-0297-KKE |
|---|---|
| Plaintiff(s), | CASE SCHEDULE THROUGH CLASS CERTIFICATION BRIEFING |
| v. | |
| REALNETWORKS INC., et al., | |
| Defendant(s). | |

Upon review of the parties' joint status report (Dkt. No. 86), the Court hereby ORDERS that this case conform to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Substantial completion of document production | October 23, 2026 |
| Privilege logs | December 4, 2026 |
| Fact discovery cutoff | December 11, 2026 |
| Last day to amend pleadings or add parties without leave of Court | December 18, 2026 |
| Plaintiff's motion for class certification due no later than | January 22, 2027 |
| Defendants' opposition to class certification due no later than | February 26, 2027 |
| Plaintiff's reply in support of class certification due no later than | March 19, 2027 |

CASE SCHEDULE THROUGH CLASS CERTIFICATION BRIEFING - 1

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification.

Dated this 24th day of February, 2026.

Kymberly K. Evanson
United States District Judge

CASE SCHEDULE THROUGH CLASS CERTIFICATION BRIEFING - 2